UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KELLY A. GREEN, | ) | |
|     Plaintiff, | ) | |
|     v. | ) | Case No. 1:06CV00366 (Ricardo M. Urbina) |
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS (AFL-CIO), and MARK ZOBRISKY | ) ) ) | |
| | ) | |
|     Defendants. | ) | |

MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Pursuant to LCvR 83.6 (c) of the local rules of this Court, the undersigned attorney for the plaintiff, Alan Scott Gregory, Esquire, hereby submits his motion to withdraw as counsel for the plaintiff, Kelly A. Green, and, in further support of his motion, states the following:

1. The undersigned filed the Complaint in this matter on March 1, 2006, for employment discrimination and for wrongful termination against these defendants.

2. At the time of the filing of the Complaint, the undersigned had been led to believe by the plaintiff that he had meritorious claims.

3. Subsequently, the undersigned has learned that certain facts were not disclosed to the undersigned in accordance with the retainer agreement that the plaintiff executed with the undersigned which the undersigned believes ultimately undermine the merits of the plaintiff's causes of action against these defendants.

4.	The undersigned and the plaintiff have come to a mutual understanding of the undersigned's wish to terminate his representation and the plaintiff consents to the withdrawal of the undersigned.

5.	In accordance with LCvR 83.6 (c), the undersigned has attached a certificate to this motion stating that he has notified the plaintiff in writing at the plaintiff's last known mailing address that he should obtain other counsel, or that if he wishes to proceed *pro se* or to object to the withdrawal, he should notify the Clerk of this court within five (5) days of the filing of this motion.

WHEREFORE, the undersigned respectfully moves this Court to grant his motion to withdraw as counsel for the plaintiff for the reasons stated herein and for any and such further relief that this Court deems just and proper.

Respectfully submitted,

_____
Alan Scott Gregory #411664
Law Office of Alan Scott Gregory, PC
7600 Georgia Avenue, NW, Suite 412
Washington, DC 20012
(202) 723-8010 (tel)
(202) 723-8011 (fax)

## STATEMENT OF POINTS AND AUTHORITIES

1.	Local Civil Rule 83.6 (c)

2.	The record herein

3.	This Court's inherent authority

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2006, a copy of the Motion to Withdraw as Plaintiff's Counsel, a copy of the proposed Order, and a copy of the Certificate of Service showing written notice was given to the plaintiff, was mailed, postage prepaid, to:

Kathy L. Krieger, Esquire
James & Hoffman, PC
1101 17th Street, NW, Suite 510
Washington, DC 20036

_____
Alan Scott Gregory

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KELLY A. GREEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:06CV00366 |
| | | (Ricardo M. Urbina) |
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS (AFL-CIO), and MARK ZOBRISKY | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2006, a copy of the attached Motion to Withdraw as Plaintiff's Counsel along with a proposed Order, and a letter informing Kelly A. Green, the plaintiff in the above captioned matter, that he should seek other counsel, or if he wishes to proceed *pro se* or to object to the withdrawal motion, that he should notify the Clerk of this court within five (5) days of the filing of this motion, were mailed to the last known address of the plaintiff:

> 5623 High Tor Hill
> Columbia, Maryland 21045

Respectfully submitted,

_____
Alan Scott Gregory #411664
Law Office of Alan Scott Gregory, PC
7600 Georgia Avenue, NW, Suite 412
Washington, DC 20012
(202) 723-8010 (tel)
(202) 723-8011 (fax)

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLY A. GREEN,             ) | |
|                             ) | |
|     Plaintiff,              ) | |
|                             ) | |
|     v.                      ) | Case No. 1:06CV00366 |
|                             ) | (Ricardo M. Urbina) |
| AMERICAN FEDERATION OF LABOR ) | |
| AND CONGRESS OF INDUSTRIAL    | |
| ORGANIZATIONS (AFL-CIO), and ) | |
| MARK ZOBRISKY                 | |
|                             ) | |
|     Defendants.             ) | |
| _____ ) | |

ORDER

Upon Consideration of plaintiff's counsel's Motion to Withdraw as Counsel for Plaintiff along with any attachments, any opposition thereto, the record herein, and this Court's inherent authority, it is, this _____ day of _____, 2006, hereby, and is,

ORDERED that the Motion to Withdraw as Plaintiff's Counsel is GRANTED

_____
Judge Ricardo M. Urbina

Copies to:

Alan Scott Gregory, Esquire
7600 Georgia Avenue, NW, Suite 412
Washington, DC 20012

Kathy L. Krieger, Esquire
1101 17th Street, NW, Suite 510
Washington, DC 20036

Kelly A. Green
5623 High Tor Hill
Columbia, Maryland 21045