# TO THE COURT THE LCVR
# 16.3 REPORT CASE #1:06CV00366

## KELLY GREEN- PLAINTIFF

**RECEIVED**

MAR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VS-
## A. F. L.-C.I.O. AND

## MARK ZOBRISKY

ON THE 2ND WEEK OF MARCH 14TH 2007 FINALLY I'VE GOTTEN SOME WHERE WITH THE DEFENDANT ATTORNEY MRS. KATHY L. KRIEGER I WAS WORN OUT TRYING TO GET THEM TO REPLY TO THIS 16.3 REPORT FINALLY I ASK YHE PRO-SE CLERK TO TRY TO HELP ME REACH THE DEFENDANT ATTORNEY BY PHONE IT TOOK A LITTLE WHILE BUT SHE FINALLY HAD US ON THE THREE WAY PHONE CONFERANCE LINE.WE DISCUSS THE 16.3 RULE REPORT BUT I FEEL WE DID NOT GET ANYWHERE.THE REPORT.16.3

1.WHETHER THE CASE IS LIKLEY TO BE DISPOSED OF BY DISPOSITIVE MOTION.

REPLY;SHE WOULD FILED A MOTION FOR DISMISSAL.

2.THE DATE BY WHICH ANY OTHER PARTIES SHALL BE JOINED OR THE PLEADING AMENDED.

REPLY; THERE WAS NO DATE SET.

3.WHETHER THE CASE SHOULD BE ASSIGNED TO A MAGISTRATE JUDGE FOR ALL PURPOSES INCLUDING TRAIL.

REPLY;AGAIN SHE REPLIED WOULD MOTION FOR DISMISSAL.

4.WHETHER THERE IS A REALISTIC POSSIBILITY OF SETTELING THE CASE. REPLY;DID NOT DO ANYTHING WRONG WILL

PERSUE ORDER FOR DISMISAL.

5. WHETHER THE CASE COULD BENEFIT FROM THE COURTS ALTERNATIVE DISPUTE RESOLUTION(ADR) PROCEDURE. RELPY;THE DEFENDANT WILL FILE FOR A MOTION FOR DISMISAL.

6. WHETHER THE CASE CAN BE RESOLVED BY SUMMARY JUDGEMENT OR MOTION TO DISMISS.

RELPY;THE DEFENDANT WISHES TO ASK FOR MOTION TO DISMISS.

7. WHETHER THE PARTIES SHOULD STIPULATE TO DISPENSE WITH THE INTIAL DISCLOSURES REQUIRED BY RULE 26.

RELPY;WE WILL SEEK TO DISMISS THE CASE.

8.THE ANTICIPATED EXTENT OF DISCOVERY,HOW LONG DISCOVERY SHOULD TAKE.

RELPY;DEFENDANT IS SEEKING FOR DISMISSAL FROM THE CASE.

9.WHETHER THE REQUIREMENTS OF EXCHANGE OF EXPERT WITNESS REPORTS AND INFORMATION PURSUANT TO RULE26(A)(2).

RELPY; SEEKING MOTION TO DISMISS THE CASE.

10.IN CLASS ACTIONS, APPROPIATE PROCEDURES FOR

DEALING WITH RULE 23 PROCEEDING INCLUDING THE NEED FOR DISCOVERY.

RELPY;WE WILL BE GRANTED MOTION FOR DISMISSAL YOU CAN'T THINK YOU CAN WIN THIS CASE BY YOURSELF.

11.WHETHER THE TRAIL AND OR DISCOVERY SHOULD BE BIFURCATED OR MANAGE IN PHASES.

RELPY;FROM THE DEFANDANT ATTORNEY WE WILL SEEK MOTION FOR DISMISSAL.

12.THE DATE FOR THE PRETRAIL CONFERANCE

RELPY;THE DEFENDANT IS

SEEKING FOR DISMISSAL IN THE CASE.

13 WHETHER THE COURT SHOULD BE SET A FIRM TRAIL DATE AT THE SCHEDULING CONFERENCE.

RELPY;WE WILL MOTION THE COURT FOR DISMISSAL.

14.SUCH OTHER MATTER THAT THE PARTIES BELIEVE MAY BE APPROPIATE FOR INCLUSION IN A SCHEDULING ORDER.

RELPY;DEFENDANT IS SEEKING FROM THE COURT A MOTION TO DISMISS THIS CASE THANK YOU MR. GREEN I'LL CONFER TO THE COURT ELECTRONICALLY BY WAY OF E-MAIL WE PROCEEDED TO HANG UP THE PHONE.

THANKS KINDLY TO THE COURT FOR HELPING ME TO DO THISIT TOOK A LONG TIME TO A.F.L.-C.I.O. TO COMPLY WITH ME PRO-SE HELP ME GET THEM ON THE PHONE.THE CLERK 202-354-3370.

*Thanks Again*

*Mr. Kelly A. Green*