UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KELLY GREEN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-0366 (RMU) |
| | : | |
| v. | : | |
| | : | |
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

It is this 19th day of June 2008,

**ORDERED** that a status hearing in the above-captioned case shall take place on August 11, 2008 at 11:30 a.m.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge