REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: H

| CAUSE OF ACTION: | EMPLOYMENT DISCRIMINATION | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 06-366 | DATE REFERRED:<br>6/19/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT CONFERENCE | JUDGE:<br>RICARDO M. URBINA | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| KELLY A. GREEN | AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS (AFLCIO), et al. |

ENTRIES:

CASE REFERRED FOR SETTLEMENT. A SETTLEMENT CONFERENCE IS SCHEDULED FOR 7/3/2008 AT 10:30 A.M. IN CHAMBERS BEFORE MAGISTRATE JUDGE ALAN KAY.